472 A.2d 253

Goldstone Film Enterprises v. Wax, Appellant.

Submitted December 15, 1983. Edward J. Hughes, for appellant; Karen Anita Von Dreusche, for appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

The order of the lower court is affirmed.

472 A.2d 254

Goodman v. Scaltrito, Appellants.

Submitted October 3, 1983. Nino V. Tinari, for appellants; Sidney L. Hofing, for appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Appeal quashed.